MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH

FLOOR NEW YORK, NEW YORK
10011 TELEPHONE:
212-433-2554

**September 11, 2025**

Honorable Hector Gonzalez
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza E,
Brooklyn, NY 11201

      *Re:*    *Hashimi v. 7020 Austin Associates LLC et al*
            *Civil Action No.: 1:25-cv-02694-HG*
            *Joint Notice of Settlement*

Dear Honorable Judge Gonzales,

    We represent Plaintiff in the above-styled action.

    Pursuant to the Court's August 22, 2025 Order, the Defendants were directed to file their Answer to the Complaint on September 10, 2025. Foremost however, the Parties together wish to notice this Court that after diligent negotiations, a Settlement in Principle has just been attained, and therein the parties are enveloped in the process of preparing the requisite Settlement papers and agreements therewith.

    Given that the Defendant's answer is due, and the Parties have now entered into perfecting the terms within the Settlement in Principle, the parties believe a Stay of all deadlines would preserve judicial economy and the Parties' litigation expenses, and thus jointly requests that the Court might enter a Stay of all further deadlines during the pendency of the preparation and review of the Settlement instrument.

    Thank you for the Court's time and consideration.

                                                    Most Respectfully,

                                                    BARDUCCI LAW FIRM
                                                    PLLC

                                                    Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only